■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMION SMITH, Appellant. (Appeal No. 2.) [768 NYS2d 888]—Appeal from a judgment of Supreme Court, Erie County (Forma, J.), entered May 16, 2001, which revoked defendant's probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously modified on the law by vacating the sentence and as modified the judgment is affirmed, and the matter is remitted to Supreme Court, Erie County, for resentencing in accordance with the same memorandum as in *People v Smith* (2 AD3d 1431 [2003]). Present—Green, J.P., Hurlbutt, Scudder, Kehoe and Hayes, JJ.

■ In the Matter of EDWARD A. O'BRIEN, III, Appellant, v TERESA R. O'BRIEN, Respondent. [768 NYS2d 905]—Appeal from an order of Family Court, Oswego County (Roman, J.), entered October 9, 2002, which, inter alia, granted respondent's cross petition to relocate with the child to Lake Hoptacong, New Jersey.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Cherilyn P.*, 192 AD2d 1084 [1993], *lv denied* 82 NY2d 652 [1993]; *see also* CPLR 5511). Present—Green, J.P., Scudder, Kehoe and Hayes, JJ.